| | AUSA: | Susan Fairchild | Telephone: | (313) 226-9100 |
|---|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Officer: | Lawrence C. Ballard | Telephone: | (313) 220-7452 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.

Romaldo CHILEL LOPEZ,
a/k/a Jose NEGRON SILVA

Case No.   Case: 2:24−mj−30459
Assigned To : Unassigned
Assign. Date : 10/25/2024
Description: CMP USA V.
ROMALDO CHILEL LOPEZ (DA)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 23, 2024__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:

On or about October 23, 2024, in the Eastern District of Michigan, Southern Division, Romaldo CHILEL LOPEZ, a/k/a Jose NEGRON SILVA, an alien from Guatemala, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about August 10, 2020, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of 8 USC §1326(a).

☑ Continued on the attached sheet.

_Complainant's signature_

Lawrence C. Ballard, Deportation Officer
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __October 25, 2024__

_Judge's signature_

City and state: __Detroit, Michigan__

Elizabeth A. Stafford, United States Magistrate Judge
_Printed name and title_

# AFFIDAVIT

I, Lawrence C. Ballard, being duly sworn, depose and state the following under penalty of perjury:

1. I am a Deportation Officer with U.S. Immigration and Customs Enforcement (ICE), of the United States Department of Homeland Security. I have served with U.S. Immigration and Customs Enforcement since December of 2006. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers and record checks of law enforcement databases. I have also reviewed the official Immigration file and system automated data relating to Romaldo CHILEL LOPEZ, which attests to the following:

2. Romaldo CHILEL LOPEZ, DOB: XX/XX/1970, A#XXX XXX 461 is a citizen and national of Guatemala, who last entered the United States on an unknown date, at an unknown place, without inspection by the United States Department of Homeland Security. Investigation has determined that CHILEL LOPEZ also uses the alias name of Jose NEGRON SILVA, DOB: XX/XX/1968.

3. On February 12, 2002, United States Border Patrol (USBP) arrested CHILEL LOPEZ at or near Brownsville, Texas and served him with an I-862 Notice to Appear.

4. On April 1, 2002, an Immigration Judge in Houston, Texas, ordered CHILEL LOPEZ removed from the United States to Guatemala. ICE removed CHILEL LOPEZ on April 18, 2002, to Guatemala via air conveyance from Houston, Texas.

5. On June 1, 2004, CHILEL LOPEZ was convicted in Georgetown, Delaware, of the offenses of Shoplifting less than $1000 and Disorderly Conduct.

6. On July 22, 2013, ICE arrested CHILEL LOPEZ at or near Georgetown, Delaware and served him with an I-871 Notice of Intent/Decision to Reinstate Prior Order. ICE removed CHILEL LOPEZ to Guatemala on August 1, 2013, via air conveyance from New Orleans, Louisiana.

1

7. On June 28, 2019, USBP arrested CHILEL LOPEZ at or near Sasabe, Arizona and served him with an I-871 Notice of Intent/Decision to Reinstate Prior Order.

8. On July 2, 2019, the U.S. District Court, District of Arizona, Tucson Division convicted CHILEL LOPEZ for the offense of Illegal Entry in violation of Title 8 USC §1325 and sentenced him to 75 days federal imprisonment.

9. On September 18, 2019, ICE removed CHILEL LOPEZ to Guatemala via air conveyance from Phoenix, Arizona.

10. On December 8, 2019, USBP arrested CHILEL LOPEZ at or near Sasabe, Arizona and served him with an I-871 Notice of Intent/Decision to Reinstate Prior Order.

11. On December 10, 2019, the U.S. District Court, District of Arizona, Tucson Division convicted CHILEL LOPEZ for the offense of Title 8 USC §1325 Illegal Entry and sentenced him to 150 days' federal imprisonment.

12. CHILEL LOPEZ was removed to Guatemala on August 10, 2020, via air conveyance from El Paso, Texas.

13. On October 23, 2024, ICE arrested CHILEL LOPEZ in Detroit, Michigan, following a traffic stop of his vehicle in Detroit, MI. CHILEL LOPEZ identified himself verbally and by International Driver License. CHILEL LOPEZ was served with a Notice of Intent/Decision to Reinstate Prior Order of removal.

14. CHILEL LOPEZ's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that Romaldo CHILEL LOPEZ (A#XXX XXX 461) is a citizen of Guatemala with the foregoing immigration history who has been previously removed from the United States. The record checks did not provide any evidence that CHILEL LOPEZ obtained the express consent of the Attorney General of the United States or the Security of Homeland Security to re-apply for admission to the United States following his removal from the United States on or about August 10, 2020.

15.    The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

16.    Based on the above information, there is probable cause to conclude that Romaldo CHILEL LOPEZ, is an alien who is present in the United States after having been denied admission, excluded, deported, and removed there from on or about August 10, 2020, at or near El Paso, Texas and not having obtained the express consent of the Attorney General of the United States or the Security of Homeland Security to re-apply for admission there to, in violation of Title 8, United States Code, Section 1326(a).

_____
Lawrence C. Ballard, Deportation Officer
U.S. Department of Homeland Security

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Honorable Elizabeth A. Stafford
United States Magistrate Judge

Date:   October 25, 2024

3